**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1995**

RONALD SATISH EMRIT,

       Plaintiff - Appellant,

    v.

UNIVERSITY OF VIRGINIA DARDEN SCHOOL OF BUSINESS; ADAMS & GARTH; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP); EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC); UNITED STATES DEPARTMENT OF JUSTICE (DOJ), Civil Rights Division,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Robert S. Ballou, District Judge.  (3:23-cv-00020-RSB)

Submitted:  January 30, 2024                    Decided:  February 2, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit seeks to appeal the district court's order dismissing his civil complaint for lack of jurisdiction. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on July 6, 2023. Emrit filed the notice of appeal on September 22, 2023. Because Emrit failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*